THOMAS GODFREY
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
E-mail: Thomas.Godfrey@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA



FILED
APR 0 7 2022
Clerk, U.S District Court
District Of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 22-35-BLG-SPW |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | PROHIBITED PERSON IN POSSESSION OF A FIREARM AND AMMUNITION<br>Title 18 U.S.C. § 922(g)(1)<br>(Penalty: Ten years of imprisonment, $250,000 fine and three years of supervised release) |
| HENRY SHANE O'KEEFE, | |
| Defendant. | CRIMINAL FORFEITURE<br>Title 18 U.S.C. § 924(d) |

THE GRAND JURY CHARGES:

That on or about September 7, 2021, at Rockvale and within Carbon County, in the State and District of Montana, the defendant, HENRY SHANE O'KEEFE,

1

knowing he had been convicted on or about July 21, 2021, of a crime punishable by imprisonment for a term exceeding one year under the laws of the state of Montana, knowingly possessed, in and affecting interstate commerce, a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1).

FORFEITURE ALLEGATION

If convicted of an offense charged in this indictment, the defendant, HENRY SHANE O'KEEFE, pursuant to 18 U.S.C. § 924(d), shall forfeit to the United States any firearm and ammunition used and involved in a knowing violation of said offense.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

_____ for
LEIF M, JOHNSON
United States Attorney

_____ for
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney